**Lieb at Law, P.C.**
308 W. Main Street, Suite 100
Smithtown, New York 11787

Phone: 646.216.8009
Fax: 631.878.4460
www.LiebatLaw.com
Email: info@liebatlaw.com

April 11, 2023

**VIA ECF**
Honorable Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007

> **Application Granted**
> /s/ Valerie Figueredo, U.S.M.J.
> DATED: April 13, 2023
> The extension requested herein is granted. The initial case management conference is rescheduled for **Wednesday, May 17, 2023 at 10:00 a.m.** The dial-in information remains the same. The Clerk of Court is directed to terminate the motion at ECF No. 70.

Re: *Torres v. MMS Group LLC, d/b/a MMS Group, et al.*
Docket No. 22-cv-06142 (PGG)(VF)

Dear Judge Gardephe and Judge Figueredo:

We represent Plaintiffs in the above-referenced putative class action, and respectfully request an adjournment on consent of all parties for the initial case management conference scheduled on April 18, 2023 at 2:00 p.m.

On April 4, 2023, the parties participated in a Rule 26(f) conference, where it was agreed that due to scheduling conflicts and the Passover/Easter holiday, the Parties need additional time to complete the Case Management Plan. In addition, a few of the parties have conflicts on April 18, 2023 at 2:00pm. The parties are, thus, requesting an adjournment of the initial case management conference to either May 9 or May 10, 2023.

We thank the Court for its consideration.

Respectfully submitted,

 /s/ *Mordy Yankovich*
Mordy Yankovich, Esq.

cc.: All appearing parties (*via* ECF)