**Lieb at Law, P.C.**
308 W. Main Street, Suite 100
Smithtown, New York 11787

Phone: 646.216.8009
Fax: 631.878.4460
www.LiebatLaw.com
Email: info@liebatlaw.com

May 11, 2023

**VIA ECF**
Honorable Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007

> **Application Granted**
>
> _/s/ Valerie Figueredo, U.S.M.J._
> DATED: May 12, 2023
>
> The initial case management conference is rescheduled for **Wednesday, June 21, 2023 at 10:00 a.m.** Parties are directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valeriefigueredo, and file it on ECF one week before the scheduled conference. The dial-in information remains the same. The Clerk of Court is directed to terminate the motion at ECF No. 72.

Re:   *Torres v. MMS Group LLC, d/b/a MMS Group, et al.*
      **Docket No. 22-cv-06142 (PGG)(VF)**

Dear Judge Gardephe and Judge Figueredo:

We represent Plaintiffs in the above-referenced putative class action, and respectfully request a short adjournment on consent of all parties for the initial case management conference scheduled on May 17, 2023 at 10:00 a.m.

On May 11, 2023, the parties agreed that additional time is required to complete a proposed Case Management Plan. The parties are, thus, requesting an adjournment of the initial case management conference to either the afternoon of May 31 or on June 14, 2023, as these are dates all parties are available.

This is a request for the second adjournment for the case management conference.

We thank the Court for its consideration.

Respectfully submitted,

 /s/ *Mordy Yankovich*
Mordy Yankovich, Esq.

cc.:  All appearing parties (*via* ECF)