**Lieb at Law, P.C.**
308 W. Main Street, Suite 100
Smithtown, New York 11787

Phone: 646.216.8009
Fax: 631.878.4460
www.LiebatLaw.com
Email: info@liebatlaw.com

October 20, 2023

**VIA ECF**
Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007

> Application Granted
>
> /s/ Valerie Figueredo, U.S.M.J.
> DATED: October 20, 2023
>
> The Clerk of Court is directed to terminate the motion at ECF No. 81.

Re:   *Torres v. MMS Group LLC, d/b/a MMS Group, et al.*
      **Docket No. 22-cv-06142 (PGG)(VF)**

Dear Judge Figueredo:

We represent Plaintiffs in the above-referenced putative class action, and respectfully request, an extension to submit Plaintiffs' opposition to Defendant New York City Department of Housing Preservation and Development's ("HPD") motion to dismiss. Plaintiffs sent an email and left a voice mail to counsel for HPD, Andrea Brustein, to consult with and receive consent for the extension. HPD and Plaintiffs are the affected parties herein. Andrea Brustein, voicemail states she is out of the office on Fridays and Mondays. Andrea Brustein is the sole attorney of record for Defendant New York City Housing Preservation and Development.

The opposition is currently due on October 23, 2023, and it is respectfully requested that the due date be extended to November 7, 2023. Plaintiffs request that the date HPD reply is due be extended to November 21, 2023. The request for an extension is made as Plaintiffs' counsel has contracted COVID-19 and requires additional time to submit the opposition. Plaintiff's request for HPD to have additional time to submit their respective reply papers, as Plaintiffs have been unable to get in contact with counsel for HPD.

This is Plaintiffs second request for an extension to submit its motion in opposition.

We thank the Court for its consideration.

Respectfully submitted,

/s/ *Richard Hermer-Fried*
Richard Hermer-Fried, Esq.

cc.: All appearing parties (*via* ECF)