UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELEWOOD TORRES,<br><br>                              Plaintiff,<br><br>            v.<br><br>MMS GROUP, LLC, et al.,<br><br>                              Defendants. | 22-CV-6142 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Notwithstanding Judge Gardephe's Individual Rule IV(C), the parties shall file all motion to dismiss papers (*i.e.*, Defendant New York City Housing Preservation Department's motion to dismiss and accompanying papers, and Plaintiff's Opposition Brief) on ECF no later than **November 7, 2023**, provided the briefing schedule remains the same.

    Nothing herein shall affect the scope of the existing reference to the Magistrate Judge. Any conference or oral argument before or directed by the Magistrate Judge will proceed as ordered.

    SO ORDERED.

Dated: October 30, 2023
       New York, New York

                                                  DALE E. HO
                                       United States District Judge