# Lieb at Law, P.C.

308 W. Main Street, Suite 100
Smithtown, New York 11787

Phone: 646.216.8009
Fax: 631.878.4460
www.LiebatLaw.com
Email: info@liebatlaw.com

November 3, 2023

**VIA ECF**
Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007

> Application Granted
>
> /s/ Valerie Figueredo, U.S.M.J.
> DATED: November 6, 2023
>
> The Clerk of Court is directed to terminate the motion at ECF No. 84.

      Re:    *Torres v. MMS Group LLC, d/b/a MMS Group, et al.*
             **Docket No. 22-cv-06142 (DEH)(VF)**

Dear Judge Figueredo:

      We represent Plaintiffs in the above-referenced putative class action, and respectfully request, on consent of Defendant New York City Department of Housing Preservation and Development's ("HPD"), after consultation with all affected parties, an extension to submit Plaintiffs' opposition to HPD's motion to dismiss. All parties affected have consented to the adjournment. The opposition is currently due on November 7, 2023, and it is requested that the due date be extended to November 28, 2023. Defendant HPD, on consent of Plaintiffs requests that the date their reply is due be extended to December 12, 2023. The request for extension is made as both parties require additional time to submit their respective motions.

      This is Plaintiffs' third request for an extension to submit its motion in opposition and HPD's second request for an extension to submit its reply. All previous requests for extensions have been granted. At this time, there is no set date for the next scheduled appearance before this court.

      We thank the Court for its consideration.

                                                  Respectfully submitted,

                                                  /s/ *Richard Hermer-Fried*
                                                     Richard Hermer-Fried, Esq.

cc: All appearing parties (*via* ECF)