UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELEWOOD TORRES,<br><br>      Plaintiff(s),<br><br>   v.<br><br>MMS GROUP, LLC,<br><br>      Defendant(s). | 22-CV-6142 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  The parties shall appear via telephone for a status conference in the above-captioned matter on **Tuesday, November 14, 2023, at 10:30 a.m. ET**, to address scheduling related to the Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. Nos. 88-89) and the Motion to Dismiss (Dkt. No. 86).  The conference will be held over Microsoft Teams.  The parties shall join by calling (646) 453-4442 and entering the Conference ID:  308 854 443, followed by the pound (#) sign.

  SO ORDERED.

Dated: November 13, 2023
    New York, New York

                    DALE E. HO
                    United States District Judge