UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELEWOOD TORRES,<br><br>                              Plaintiff(s),<br><br>             v.<br><br>MMS GROUP, LLC,<br><br>                              Defendant(s). | 22-CV-6142 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

Defendants' discovery request (ECF No. 95) is GRANTED. Plaintiff's deposition shall take place on or before **January 12, 2024**.

Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction (ECF Nos. 88-89) is due **January 19, 2024,** and Plaintiff's Reply, if any, is due **January 26, 2024**. The Court directs the parties to address—among other relevant issues—what implications, if any, the recent changes that Defendants have purportedly adopted have for the three specific forms of relief requested by Plaintiff.

On **February 9, 2024, at 10:30 a.m. ET**, the parties shall appear in person before the Court, and shall be prepared to address Plaintiff's Motion for Preliminary Injunction (ECF Nos. 88-89). The hearing will take place at the Thurgood Marshall United States Courthouse, located at 40 Foley Square New York, NY 10007, Courtroom 905.

SO ORDERED.

Dated: November 29, 2023
       New York, New York

_____
DALE E. HO
United States District Judge