UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELEWOOD TORRES,<br><br>                              Plaintiff,<br><br>v.<br><br>MMS GROUP, LLC, et al.,<br><br>                              Defendants. | 22-CV-6142 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On February 6, 2024, Plaintiff's counsel called Chambers seeking clarification on the Preliminary Injunction Hearing scheduled for Friday 9, 2024. *See* ECF No. 98. In the interest of clarity, the parties are apprised that the purpose of the conference is to have oral argument on Plaintiff's Motion for Preliminary Injunction. *See* ECF Nos. 88-89. The parties may appear through counsel. The parties need not prepare live testimony, in accordance with ECF No. 95.

SO ORDERED.

Dated: February 6, 2024
       New York, New York

_____
DALE E. HO
United States District Judge