**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ELEWOOD TORRES, on behalf of himself and all
others similarly situated,

                         Plaintiff,                        **22-CV-06142 (DEH) (VF)**

        -against-                            **<u>ORDER SCHEDULING</u>**
                                              **<u>CONFERENCE</u>**

MMS GROUP LLC, d/b/a MMS GROUP, et al.

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference call to discuss the parties' letters at ECF Nos. 195 and 196 is hereby

scheduled for **<u>Tuesday, July 7, 2026, at 10 a.m.</u>** Counsel for the parties are directed to call

Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646)**

**453-4442; access code [788 004 248#].**

        **SO ORDERED.**

DATED:     New York, New York
            June 29, 2026

                                     _____
                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge