**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ELEWOOD TORRES, on behalf of himself and all others similarly situated,

Plaintiff,

-against-

MMS GROUP LLC, d/b/a MMS GROUP, et al.

Defendants.

---------------------------------------------------------------X

**22-CV-06142 (DEH) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at today's conference, the parties are directed to adhere to the following discovery schedule:

- Plaintiff must serve any supplemental requests relating to the deposition of Judith Pincus by **July 24, 2026**. Plaintiff must raise any disputes relating to Defendant TUC's responses to Plaintiff's requests (dated June 17, 2026) by **July 24, 2026**.
- Plaintiff must respond to all outstanding requests from the Housing Defendants by **July 31, 2026**. Plaintiff must respond to the supplemental requests (dated June 9, 2026) from Defendant TUC by **July 31, 2026**.
- Any disputes not resolved through a meet and confer must be raised by **August 28, 2026**.
- Defendant TUC's expert report is due **September 23, 2026**.
- All noticed class depositions must be completed by **September 30, 2026**.
- All expert depositions must be completed by **October 30, 2026**.

The Clerk of Court is respectfully directed to terminate the gavels at ECF Nos. 195 and 204.

**SO ORDERED.**

DATED: New York, New York
July 20, 2026

VALERIE FIGUEREDO
United States Magistrate Judge