**Lieb at Law, P.C.**
308 W. Main Street, Suite 100
Smithtown, New York 11787

Phone: 646.216.8009
Fax: 631.878.4460
www.LiebatLaw.com
Email: info@liebatlaw.com

September 18, 2026

**VIA ECF**
Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Elewood Torres v. MMS Group LLC, et al.*
Case No.: 22-cv-6142

Dear Judge Figueredo,

This firm represents Plaintiff Elewood Torres ("Plaintiff") in the above referenced matter. We write, with the consent of all parties, to respectfully request an adjournment of the scheduling conference scheduled for Monday September 21, 2026. Plaintiff's counsel observes Yom Kippur and, thus, cannot attend on that date. We respectfully request that the conference be rescheduled to a date convenient for the Court.

Respectfully,

Mordy Yankovich, Esq.

CC: All counsel via ECF.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: September 21, 2026**

The conference scheduled for September 21, 2026, is hereby **ADJOURNED**. The Clerk of Court is respectfully directed to close the motion at ECF No. 219.