**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ELEWOOD TORRES, on behalf of himself and all others similarly situated,

Plaintiff,

-against-

MMS GROUP LLC, d/b/a MMS GROUP, et al.

Defendants.

---------------------------------------------------------------X

**22-CV-06142 (DEH) (VF)**

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference is hereby scheduled for **Wednesday, September 23, 2026, at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [747 870 843#].**

**SO ORDERED.**

DATED: New York, New York
September 21, 2026

VALERIE FIGUEREDO
United States Magistrate Judge