**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ELEWOOD TORRES, on behalf of himself and all others similarly situated,

Plaintiff,

-against-

MMS GROUP LLC, d/b/a MMS GROUP, et al.

Defendants.

---------------------------------------------------------------X

**22-CV-06142 (DEH) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On July 20, 2026, the Court issued an order setting forth certain discovery deadlines. ECF No. 207. The Court held a conference on September 23, 2026, where it became clear that the deadlines set by the Court had not been met and Plaintiff had not requested an extension of those deadlines. The following deadlines now apply and Plaintiff is hereby warned that failure to comply with these deadlines may result in a sanction:

- All noticed depositions of Plaintiff's witnesses must be completed by **October 30, 2026**. These are Plaintiff's witnesses and therefore Plaintiff's counsel has an obligation to make them available for a deposition on a mutually agreed date prior to October 30. Failure to make the witnesses available for a deposition may result in a sanction and/or an order to show cause to explain why the case should not be dismissed for failure to prosecute. **To ensure that the October 30 deadline is met, the parties are hereby ordered to submit weekly updates to the Court on each Friday between now and October 30. The updates should include a list of the depositions that have been scheduled and the date of those depositions, the depositions that have been taken thus far, and the depositions that remain to be taken.**

- Plaintiff must respond to all outstanding document requests from the Housing Defendants by **October 16, 2026**. Plaintiff must respond to the supplemental requests from Defendant TUC by **October 16, 2026**. These requests have been outstanding, at least as it concerns the Housing Defendants, since 2023, and Plaintiff was previously ordered to respond to the requests by July 31. The failure to provide the requested documents by October 16 will result in an order precluding Plaintiff from relying on those documents at summary judgment or trial.
- At the conference on September 23, Plaintiff raised for the first time the suggestion that discovery should be bifurcated. This request is denied as untimely. Additionally, the request fails on the merits because bifurcation of liability and damages issues would not promote convenience or judicial economy. See Hall-Landers v. New York University, 2023 WL 8113243, at *3 (S.D.N.Y. Nov. 22, 2023) (explaining that bifurcation is "the exception, not the rule" in this Circuit); Intersong-USA Inc. v. CBS, Inc., 1985 WL 441, at *2 (S.D.N.Y. Mar. 21, 1985) (denying bifurcation where liability and damage issues "are neither so distinct nor so complex as to warrant two trials").
- All expert depositions must be completed by **November 30, 2026**.

**SO ORDERED.**

DATED: New York, New York
September 24, 2026

VALERIE FIGUEREDO
United States Magistrate Judge