**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**ELEWOOD TORRES,**

**Plaintiff,**

**-against-**

**MMS GROUP LLC, et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**22-CV-6142 (DEH) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The request for an extension at ECF No. 229 is **DENIED**. The Court held a conference in September, where it became clear that the previous deadlines set by the Court had not been met and Plaintiff's counsel had not requested an extension of time. At that time, the Court ordered that all noticed depositions of Plaintiff's witnesses must be completed by October 30, 2026, and warned Plaintiff that failure to comply with the deadlines may result in sanctions. See ECF No. 224. These are Plaintiff's own witnesses, the depositions were noticed by Defendants months ago, and the need for additional time to complete these depositions has been a basis for prior extension requests. See ECF Nos. 191, 195. Plaintiff provides no reason why the depositions could not have been scheduled before the close of fact discovery, for which the deadline was previously extended six times. See ECF Nos. 187, 192. The fact that the witnesses were unavailable during the final days of fact discovery does not provide good cause for the extension of time. See Joy v. Psch, Inc., No. 14-CV-3809 (AT) (HBP), 2016 WL 3141659, at *7 (S.D.N.Y. June 3, 2016) ("[D]iscovery has already been extended six times. Plaintiff and her counsel had ample opportunity to [ ] depose witnesses during that time; that plaintiff and her counsel failed to

do so does not constitute good cause to extend the discovery deadline yet again.") (citing Parker v. Columbia Pictures Indus., 204 F.3d 326, 340 (2d Cir. 2000) ("'Good cause' depends on the diligence of the moving party.")).

**SO ORDERED.**

DATED: New York, New York
November 9, 2026

VALERIE FIGUEREDO
United States Magistrate Judge